IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JULIE BOOKHEIMER, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COUNTY OF MONTGOMERY, et al., | : | No. 10-3381 |
| Defendants. | : | |

## ORDER

**AND NOW**, this **28th** day of **October**, **2010**, upon consideration of Defendants' Motion to Dismiss and Motion for Summary Judgment, Plaintiff's response thereto, and for the reasons stated in this Court's Memorandum of October 28, 2010, it is hereby **ORDERED** that:

1. The motion to dismiss (Document No. 4) is **GRANTED in part and DENIED in part** as follows:

   a. The motion is **DENIED** as to Plaintiff's Federal Equal Pay Act claim against Montgomery County.

   b. The motion is **GRANTED without prejudice** as to Plaintiff's Federal Equal Pay Act claims against all individual Defendants.

   c. The motion is **GRANTED without prejudice** as to Plaintiff's 42 U.S.C. § 1983 claim against Montgomery County and all individual Defendants in their individual capacities.

   d. The motion is **GRANTED with prejudice** as to Plaintiff's 42 U.S.C. § 1983 claim against all individuals Defendants in their official capacities.

   e. The motion is **DENIED** as to Plaintiff's Pennsylvania Equal Pay Act claim against Montgomery County.

  f.  The motion is **GRANTED without prejudice** as to Plaintiff's Pennsylvania Equal Pay Act claims against all individual Defendants.

  g.  The motion is **DENIED** as to Plaintiff's Pennsylvania Constitution claims against Montgomery County.

  h.  The motion is **GRANTED without prejudice** as to Plaintiff's Pennsylvania Constitution claims against all individual Defendants.

2. Defendants' motion for summary judgment is **DENIED as moot.**

3. If Plaintiff elects to file an Amended Complaint, she shall do so no later than Friday, November 12, 2010.

           BY THE COURT:

           _____
           **Berle M. Schiller, J.**